UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JASPER TAYLOR,                )
                              )
            Plaintiff,        )
                              )
      v.                      )           **JUDGMENT**
                              )
NANCY A. BERRYHILL,           )           4:17-CV-150-BO
Acting Commissioner of Social Security, )
                              )
            Defendant.        )
                              )

**Decision by Court.**
This matter is before the Court on the parties' cross-motions for judgment on the pleadings [DE 12, 15].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Jasper Taylor's motion for judgment on the pleadings [DE 12] is GRANTED and defendant Nancy Berryhill's motion [DE 15] is DENIED. The decision of the ALJ is REVERSED and the matter is REMANDED to the Commissioner for further administrative proceedings.

**This judgment filed and entered on February 25, 2019, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Mark J. Goldenberg (via CM/ECF NEF)
David Mervis (via CM/ECF NEF)

February 25, 2019

                              PETER A, MOORE, JR., CLERK

                               /s/Lindsay Stouch
                              By: Deputy Clerk